1
2
3
4
5
6
7      IN THE UNITED STATES DISTRICT COURT
8      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9      SAN JOSE DIVISION
10

| | |
|---|---|
| Norman P. Evers, | NO. C 03-04805 JW |
| Petitioner, | **JUDGMENT** |
| v. | |
| Silvia Garcia, Warden, | |
| Respondent. / | |

The Court has denied the petition for writ of habeas corpus on the merits.  Therefore, judgment is entered in favor of Respondent.  Petitioner shall take nothing by way of his petition.  The Clerk shall close the file.

Date: November 14, 2005

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Frances Marie Dogan Frances.Dogan@doj.ca.gov
Richard Jay Moller jaym@humboldt.net

| | |
|---|---|
| **Dated: November 14, 2005** | **Richard W. Wieking, Clerk** |
| | **By:  /s/ JW Chambers** |
| | **Ronald L. Davis** |
| | **Courtroom Deputy** |

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28